TOWN OF DURHAM v. RICHMOND AND DANVILLE RAILROAD COMPANY et al.

*Appeal—Divided Court—Affirmance of Judgment Below.*

Where an appeal has been pending for several years, and this Court is evenly divided (one of the Judges not sitting), the uniform practice of appellate Courts in such cases will be followed, and the judgment below will be affirmed and the appellant required to pay the costs.

CIVIL ACTION, heard before *Winston, J.,* at September Term, 1891, of CHATHAM Superior Court.

From the judgment both parties appealed.

*Messrs. Batchelor & Devereux, T. B. Womack, W. W. Fuller* and *J. S. Manning,* for plaintiff.

*Messrs. D. Schenck, F. H. Busbee, W. A. Guthrie, J. W. Graham* and *John Manning,* for defendants.

*Per Curiam:* In this case both the plaintiff and defendants appealed. Mr. Justice BURWELL did not sit, and the Court is evenly divided. The appeals have now been standing on

this docket four terms.   Under these circumstances, follow-
ing the uniform practice of appellate Courts in such cases,
the judgment below stands, not as a precedent, but as the
decision in this case.   MARSHALL, C. J., in *Etting* v. *Bank,* 11
Wheat., 59;  TANEY, C. J., in *Benton* v. *Woolsey,* 12 Pet., 27,
and in *Holmes* v. *Jenison,* 14 Peters, 540; *Washington* v. *Stew-
art,* 3  Howard, 413, 424; CHASE, C. J., in *Reeside* v. *Reeside,*
8 Wall., 302; *Durant* v. *Essex Co.*, 8 Allen (Mass.), 103; 85
American Dec., 685.   The appellants will respectively pay
the costs, each in their own appeal.

<div style="text-align:right">

Plaintiff's appeal affirmed.

Defendants' appeal affirmed.